UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00118 |
| | ) | **Judge Sharp** |
| MICHAEL ANTHONY EVANS | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Michael Anthony Evans' Motion to Dismiss Indictment, or, in the Alterative to Elect (Docket No. 43) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE