UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-0118 |
| ) | JUDGE SHARP |
| MICHAEL ANTHONY EVANS ) | |

## O R D E R

A final pretrial conference in this matter is hereby scheduled for Monday, November 25, 2013, at 10:00 a.m.

Prior to the conference, Counsel shall provide a complete set of agreed upon jury instructions.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE