UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 3:12-0118 |
| ) | JUDGE SHARP |
| MICHAEL ANTHONY EVANS ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, February 11, 2014, at 10:30 a.m.

It is so ORDERED

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE